Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; and
ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> GREG PINHEIRO, <br><br> Defendant. | Case No. C06-04913-JSW <br><br> Honorable Jeffrey S. White <br><br> *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

*EX PARTE* APPLICATION
CASE NO. C06-04913 JSW
#28766 v1

1  Plaintiffs respectfully request that the court continue the case management conference
2  currently set for March 23, 2007 at 1:30 p.m. to June 22, 2007. The Summons and Complaint in this
3  matter were filed with the Court on August 15, 2006, and Defendant was served with the Summons
4  and Complaint on September 9, 2006, by substitute service. To date, Defendant has not answered or
5  filed a response to the Complaint and therefore, on October 31, 2006, default was entered against
6  Defendant. Plaintiffs' counsel was then in contact with Defendant's counsel and attempted to settle
7  the matter. However, Plaintiff's counsel has since been unable to contact Defendant's counsel, and
8  therefore a settlement is no longer possible in this case. Accordingly, Plaintiffs have a filed a motion
9  for default judgment by the Court, along with this *ex parte* application.

10  For the reasons set forth above, Plaintiffs respectfully request that the Court continue the
11  status conference currently set or March 23, 2007 at 1:30 p.m. to June 22, 2007.

13  Dated: March 16, 2007         THOMAS M. KERR
                                  HOLME ROBERTS & OWEN LLP
14                                By: _____/s/ Thomas M. Kerr_____
15                                    THOMAS M. KERR
                                      Attorney for Plaintiffs

18  ### ORDER

19  Good cause having been shown:

20  **IT IS ORDERED** that the case management conference currently set for March 23, 2007 at
21  1:30 p.m. is hereby continued to June 22, 2007. at 1:30 p.m.

24  Dated: March 19, 2007          By: _____/s/ Jeffrey S. White_____
                                       Honorable Jeffrey S. White
25                                     United States District Judge

*EX PARTE* APPLICATION
CASE NO. C06-04913 JSW
#28766 v1