United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC., et al.,

      Plaintiffs,

v.

GREG PINHEIRO,

      Defendant.

_____/

No. C 06-04913 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

     Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment against defendant Greg Pinheiro filed on March 16, 2007 is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for Friday, May 18, 2007 is HEREBY VACATED.

     **IT IS SO ORDERED.**

Dated: March 19, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom