IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC., et al.,

    Plaintiffs,

v.

GREG PINHEIRO,

    Defendant.
_____/

No. C 06-04913 JSW

**ORDER REFERRING APPLICATION TO APPEAR FOR EXAMINATION TO MAGISTRATE JUDGE AND VACATING HEARING DATE**

Pursuant to Local Rule 72-1, Plaintiff's application for an order to appear for examination is HEREBY REFERRED to Magistrate Judge Joseph C. Spero for resolution or, if appropriate, a report and recommendation. The hearing date noticed for February 2, 2010 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: January 5, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom